CO-386-online
10/03

# United States District Court
# For the District of Columbia

INTELSAT USA SALES CORPORATION, )
3400 International Drive )
Washington DC  20008 )
)
)
                  Plaintiff )    Civil Action No._____
     VS )
)
927665 Alberta, Inc., operating as  AVROSAT )
230 900 6th Avenue SW )
Calgary, Alberta   T2P 3K2 )
CANADA )
)
                 Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiff_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __INTELSAT USA SALES CORPORATION,__ which have

any outstanding securities in the hands of the public:

  Intelsat, Ltd., Intelsat (Bermuda), Ltd., Intelsat Intermediate Holding Company, Ltd., Intelsat
  Subsidiary Holding Company, Ltd., and Intelsat Corporation


These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__422596_____    DAVID I. BLEDSOE
BAR IDENTIFICATION NO.              Print Name

                                         300 N. Washington St., Suite 708
                                         Address

                                         ALEXANDRIA VA 22314
                                         City          State         Zip Code

                                         703 379 9424
                                         Phone Number