UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT USA SALES CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-118(EGS) |
| v. ) | |
| ) | |
| 927665 ALBERTA, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER TO SHOW CAUSE

Under the Federal Rules of Civil Procedure, if service of the summons and complaint is not made upon the defendant within 120 days after the filing of the complaint, the Court, upon its own initiative, may dismiss the action without prejudice. *See* Fed. R. Civ. P. 4(m). Therefore, it is by the Court hereby

**ORDERED** that plaintiff shall show cause why this case should not be dismissed pursuant to Rule 4(m) by no later than **June 8, 2007.**

**SO ORDERED.**

**Signed:    Emmet G. Sullivan
            United States District Judge
            May 21, 2007**