IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT USA SALES CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>927665 ALBERTA, INC., operating as )<br>    AVROSAT )<br>)<br>Defendant. )<br>) | CA No. 07-0018-EGS |

**RESPONSE TO ORDER**

Plaintiff Intelsat USA Sales Corporation, by counsel, in response to this Court's Order of May 21, 2007, states that it has filed a Motion for Voluntary Dismissal pursuant to F.R.Civ. P. 41(a) herewith.

_____/s/_____
David I. Bledsoe
Bar No. 422596
300 North Washington Street
Suite 708
Alexandria, VA  22314
703-379-9424
703-684-1851(fax)